v99267.dp1







 



 
 
 
NUMBER 13-02-526-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI- EDINBURG
____________________________________________________________________
 
BRIDGESTONE CORPORATION,   Appellant,

v.
 
JUAN LOPEZ, ET AL.,                                                      Appellees.
___________________________________________________________________

On appeal from the 319th District Court of 
Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION ON REMAND 

Before Justices Hinojosa, Yañez and Garza
Per Curiam Memorandum Opinion

         In our original opinion in this case, issued April 1, 2004, we affirmed the trial
court’s denial of appellant’s special appearance motion.


 Following the issuance of our
opinion, a petition for review was filed in the Texas Supreme Court. Thereafter, the
parties reached a settlement agreement. Pursuant to the settlement agreement, the
Texas Supreme Court granted the petition for review without reference to the merits,
vacated this Court’s judgment, and remanded to this Court for further proceedings in
accordance with the parties’ settlement agreement.


 
         On April 15, 2005, the parties filed a joint motion to withdraw this Court’s April
1, 2004 opinion. The Court, having considered the documents on file and the joint
motion to withdraw our April 1, 2004 opinion, is of the opinion that the motion should
be denied. The joint motion to withdraw our April 1, 2004 opinion is DENIED. 
However, pursuant to the parties’ representation that the settlement agreement has
been approved by the trial court, the appeal is hereby DISMISSED. In accordance with
the Supreme Court’s orders, costs of the appeal and in the court below are adjudged
against the party incurring the same.
                                                               PER CURIAM
 

Memorandum Opinion delivered and filed 
this the 28th day of April, 2005.